# EXHIBIT 2

CAUSE NO. 202400262

1/15/2024 2:05 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 83414855
By: Joshua Herrington
Filed: 1/16/2024 12:00 AM

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO.

1007030

TRACKING NO: 74274915

| | |
|---|---|
| Plaintiff:<br>BRENHAM NATIONAL BANK<br>vs.<br>Defendant:<br>CITIBANK NA | In The 295thJudicial District<br>Court of Harris County, TX<br><br><br>Houston, Texas |

CITATION (SECRETARY OF STATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

To: CITIBANK NA BY SERVING THE TEXAS SECRETARY OF STATE
P O BOX 12079 AUSTIN TEXAS 78711-2079
FORWARD TO: ATTN: LEGAL SERVICES INTAKE UNIT
5800 S CORPORATE PLACE MC 451, SIOUX FALLS SD 57108

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION.

This instrument was filed on January 3, 2024 in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
This citation was issued onJanuary 9, 2024, under my hand and seal of said court.

Issued at the request of:
DEVRIES, GREG STEWART
1401 MCKINNEY STREET, SUITE 1700
HOUSTON, TX 77010
713-658-2323
Bar Number: 24105802

DISTRICT COURT OF HARRIS COUNTY TEXAS

Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston TX 77002
(POBox 4651, Houston, TX 77210)

Generated By: NELSON CUERO

Tracking Number: 74274915

CAUSE NUMBER: 202400262

| | |
|---|---|
| PLAINTIFF: BRENHAM NATIONAL BANK | In the 295th |
| vs. | Judicial District Court of |
| DEFENDANT: CITIBANK NA | Harris County, Texas |

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at ________ o'clock ____.M. on the __________ day of ____________________________, 20______. Executed at Address) ____________________________________________________________________________________ in ________________________ County at o'clock ____.M. on the __________ day of ____________________________, 20______, by Summoning the ____________________________________________________________________________________ Delivering to ________________________________________________________in person a corporation By leaving in the principal office during office hours___________________________________ of the said__________________________________________ a true copy of this notice, together with accompanying copy of ___________________________________________________________To certify which I affix my hand officially this _________________day of _____________________________________, 20____.

Fees $_____________________________

______________________________________________
Affiant

By_____________________________________________
Deputy

On this day, __________________________________________________________, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _______ day of _____________________________________, 20__

_______________________________________________

Notary Public

**CAUSE NUMBER: 2024-00262**

**BRENHAM NATIONAL BANK**
**PLAINTIFF**

**VS.**

**CITIBANK, N.A., ET AL**
**DEFENDANT**

**IN THE 295TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**

## RETURN OF SERVICE

My name is **D'ANN WATHEN**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 Quitman St. , Houston TX , 77009, U.S.A.

ON **Tuesday January 09, 2024 AT 03:52 PM** - , **TWO DUPLICATE COPIES OF CITATION (SECRETARY OF STATE NON-RESIDENT); PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION; AFFIDAVIT; ORDER GRANTING PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION; NOTICE OF HEARING; AND $55 JURISDICTIONAL FEE** came to hand for service upon **CITIBANK NA BY SERVING THE TEXAS SECRETARY OF STATE**.

On **Friday January 12, 2024** at **02:20 PM**- The above named documents were hand delivered to: **CITIBANK NA BY SERVING THE TEXAS SECRETARY OF STATE @ 1019 BRAZOS STREET, AUSTIN, TX 78701**, by delivering to Minerva Barnhart, designated agent authorized to accept service.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS

DECLARATION

"My name is **D'ANN WATHEN,** my date of birth is 12/20/1971 my business address is 1320 Quitman St. , Houston TX , 77009, U.S.A.**,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Texas County, State of Texas on Monday January 15, 2024**

_

**PSC#6602 EXP. 06/30/25**
Declarant; Appointed in accordance with State Statutes.

**2024.01.834651**