# EXHIBIT 3

Comptroller of Public Accounts FORM 05-102 (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

■ Taxpayer number: 1 7 4 0 5 2 5 1 5 5 8

■ Report year: 2 0 1 8

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

| | | | |
|---|---|---|---|
| Taxpayer name: THE BRENHAM NATIONAL BANK | | | ■ ◯ Blacken circle if the mailing address has changed. |
| Mailing address: 2211 S DAY ST | | | Secretary of State (SOS) file number or Comptroller file number |
| City: BRENHAM | State: TX | ZIP code plus 4: 77833 | 0001367802 |

◯ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| | |
|---|---|
| Principal office | 2211 S DAY ST, BRENHAM, TX, 77833 5583 |
| Principal place of business | 2211 S DAY ST, BRENHAM, TX, 77833 5583 |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1000000000015

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| TIEMAN H DIPPEL JR | CHAIR/BOARD | ● YES | |
| Mailing address: 2211 S DAY ST | City: BRENHAM | State: TX | ZIP Code: 77833 |
| RONALD D ALFRED | VICE CHAIR/BOARD | ● YES | |
| Mailing address: 2211 S DAY ST | City: BRENHAM | State: TX | ZIP Code: 77833 |
| TIEMAN H DIPPEL III | PRESIDENT | ● YES | |
| Mailing address: 2211 S DAY ST | City: BRENHAM | State: TX | ZIP Code: 77833 |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| BRENHAM BANCSHARES, INC. | TX | 0065009900 | 100.000 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| | | | |
|---|---|---|---|
| Agent: RONALD D ALFRED | | | |
| Office: P O BOX 583 | City: BRENHAM | State: TX | ZIP Code: 77833 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| TIEMAN H DIPPLE III | PRESIDENT | 03/29/2018 | ( 713 ) 718 - 0731 |

**Texas Comptroller Official Use Only**

VE/DE ◯ PIR IND ◯

TRANSMITTER ID = LACERTE
TLN = 00039865237

**Form 706**
**(Revised 05/11)**

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512/463-5709
**Filing Fee: See instructions**

THE STATE OF TEXAS

## Appointment of Statutory Agent

This space reserved for office use.

FILED
In the Office of the
Secretary of State of Texas
AUG 01 2013
Corporations Section

## Entity Information

The entity named below hereby appoints an agent authorized to receive service of process.

1. The name of the entity is:

The Brenham National Bank

2. The federal employer identification number issued to the entity is: 74-0525155

☐ The entity does not have a federal employer identification number at this time.

3. The entity is: (Choose only one.)

A. ☑ A Texas financial institution filing pursuant to section 201.103, Texas Finance Code.

B. ☐ An unincorporated nonprofit association filing pursuant to section 252.011, Texas Business Organizations Code.

C. ☐ A defense base development authority filing pursuant to section 378.004(b), Texas Local Government Code.

4. The address of the entity is:

| 2211 South Day Street | Brenham | TX | USA | 77833 |
|---|---|---|---|---|
| *Address* | *City* | *State* | *Country* | *Zip/Postal Code* |

## Agent Authorized to Receive Service of Process

The agent named below is authorized to receive service of process on behalf of the entity. By signing this statement, the agent accepts and consents to the appointment made by the entity.

5A. ☐ The agent is an organization (cannot be entity named above) by the name of:

**OR**

5B. ☑ The agent is an individual resident of the state whose name is:

| Tieman | H. | Dippel | III |
|---|---|---|---|
| *First Name* | *M.I.* | *Last Name* | *Suffix* |

5C. The street address of the agent to which service of process may be delivered or mailed is:

| 2211 South Day Street | Brenham | TX | 77833 |
|---|---|---|---|
| *Street Address (No P.O. Box)* | *City* | *State* | *Zip Code* |

# Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date: July 29, 2013

Signature of authorized person

Ronald D. Alfred

Printed or typed name of authorized person (see instructions)

Acceptance and Consent of Agent to Appointment

Signature of agent

Date: July 29, 2013