# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

BRENHAM NATIONAL BANK

Plaintiff,

vs. **Case No.:** 4:24-cv-00391

CITIBANK, N.A.,

Defendant.
______________________________________/

**LIST OF COUNSEL OF RECORD**

In accordance with Local Rule 81, the following is a current list of all counsel of record in this case and the parties they represent.

| Party | Counsel |
|---|---|
| Plaintiff Brenham National Bank | William P. Huttenbach<br>whuttenbach@craincaton.com<br>Greg S.DeVries<br>gdevries@craincaton.com<br>CRAIN, CATON & JAMES, P.C.<br>1401 McKinney St., Suite 1700<br>Houston, Texas 77010<br>Telephone: (713) 658-2323<br>Fax: (713) 658-1921 |
| Defendant Citibank, N.A. | Daniel Avila II<br>davila@reedsmith.com<br>REED SMITH LLP<br>1221 McKinney St., Suite 2100<br>Houston, Texas 77010<br>Telephone: (713) 469-3800<br>Fax: (713) 469-3899 |

Dated: February 1, 2024

Respectfully submitted,

**REED SMITH LLP**

By: */s/Daniel Avila II*
Daniel Avila II (attorney-in-charge)
Texas Bar No. 24109601
S.D. Tex. No. 3365513
Email: davila@reedsmith.com
**REED SMITH LLP**
1221 McKinney St., Suite 2100
Houston, Texas 77010
Telephone: (713) 469-3800

*Counsel for Citibank, N.A.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 1, 2024, a true and correct copy of the foregoing was filed and sent via electronic service using the portal system with the Texas Courts eFiling Portal which sent e-mail notification of such filing in accordance with Rule 21 of the Texas Rules of Civil Procedure.

By: */s/ Daniel Avila II*____
Daniel Avila II