# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

BRENHAM NATIONAL BANK

Plaintiff,

vs. **Case No.:** 4:24-cv-00391

CITIBANK, N.A.,

Defendant.

_____________________________________/

## INDEX OF DOCUMENTS BEING FILED WITH NOTICE OF REMOVAL

In accordance with Local Rule 81, the following is a list of documents being filed with the Notice of Removal in this case.

| Exhibit | Description |
|---|---|
| | Civil Cover Sheet |
| 1 | Plaintiff's Original Petition and Application for Temporary Restraining Order and Temporary Injunction |
| 2 | Certificate of Service on SOS |
| 3 | Brenham National Bank Texas Secretary of State Documents |
| 4 | Composite exhibit of all state-court docket documents |
| 5 | List of Addresses and Telephone Numbers for the Parties and Counsel |
| 6 | Index of Matters being filed |

Dated: February 1, 2024

Respectfully submitted,

**REED SMITH LLP**

By: *<u>/s/Daniel Avila II</u>*
Daniel Avila II (attorney-in-charge)
Texas Bar No. 24109601
S.D. Tex. No. 3365513

Email: davila@reedsmith.com
**REED SMITH LLP**
1221 McKinney St., Suite 2100
Houston, Texas 77010
Telephone: (713) 469-3800

*Counsel for Citibank, N.A.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 1, 2024, a true and correct copy of the foregoing was filed and sent via electronic service using the portal system with the Texas Courts eFiling Portal which sent e-mail notification of such filing in accordance with Rule 21 of the Texas Rules of Civil Procedure.

By: *_/s/ Daniel Avila II_____*
Daniel Avila II