United States District Court
Southern District of Texas
**ENTERED**
April 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRENHAM NATIONAL BANK,<br>*Plaintiff* | §<br>§ | |
| | § | |
| V. | § | Case Number: 4:24-cv-0391 |
| | § | |
| CITIBANK, N.A. and CIBANCO S.A.,<br>*Defendants* | §<br>§ | |

**ORDER**

On this day, the Court considered Plaintiff Brenham National Bank ("**Plaintiff**") and Defendant Citibank, N.A. ("**Citibank**") Joint Stipulation of Dismissal with Prejudice. After considering the stipulation, the Court hereby adopts the stipulation. It is therefore:

ORDERED that all claims that were brought or could have been brought by and between the Plaintiff and Citibank are hereby DISMISSED WITH PREJUDICE.

Signed this 24th day of April, 2024.

UNITED STATES DISTRICT JUDGE



010733\000003\6713828.v3-4/26/24