# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| BRENHAM NATIONAL BANK<br>*Plaintiff,*<br><br>v.<br><br>CIBANCO S.A.,<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 1:25-CV-00263-RP |

## APPEARANCE OF COUNSEL

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as lead counsel for CiBanco S.A. ("Defendant") for purposes of receiving notifications in this matter. I request that all further notices in this action be served upon me as follows:

John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
AJAMIE LLP
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
jedwards@ajamie.com

Dated: May 27, 2025

                                                        Respectfully submitted,

                                                        AJAMIE LLP

                                                        By: *John S. "Jack" Edwards, Jr.*
                                                        John S. "Jack" Edwards, Jr.
                                                        State Bar No. 24040851
                                                        Pennzoil Place - South Tower
                                                        711 Louisiana, Suite 2150
                                                        Houston, TX 77002
                                                        Telephone: (713) 860-1600
                                                        Facsimile: (713) 860-1699
                                                        jedwards@ajamie.com

                                                        **ATTORNEY FOR CIBANCO S.A.**

## **CERTIFICATE OF SERVICE**

I certify that on May 27, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ *John S. "Jack" Edwards, Jr.*
John S. "Jack" Edwards, Jr.