# OUTGOING WIRE CHECKLIST

✓ 1. Received printed wire instructions (with 2 signatures)

## **CALL-BACK VERIFICATION**

Verification: Wan

Employee: Kathy Lehmann

Call Back #: _____

TIME/DATE: 9w  12/11/23

✓ 2. Initiate wire on Silverlake

✓ 3. Create Outgoing wire on Silverlake- WAIT FOR MESSAGE!!!

✓ 4. Download wire from JHA Express Menu

X 5. Add to Foreign Wire Log If applicable

*********************************************************

✓ 6. Import file to Fedline Advantage

⓫ 7. Verify wire on Fedline Advantage

⓫ 8. Print wire advice information on Fedline Advantage

⓫ 9. Check activity summary to make sure wires have been processed - status should be "Completed"

X 10. Email verification completed (if required)

Silverlake: u                    Fedline: u

Initiate: w                      Initiate: u

Verify: w                        Verify: ⓫

Acct. name: Powerfun Washes

Acct. number: [REDACTED] 1350

Amount: 360,801.37