EXHIBIT

A, Tab 2

BRENHAM NATIONAL BANK
BRENHAM, TEXAS  77834-2568

12/11/23

WIRE TRANSFER REQUEST

The undersigned has requested a wire transfer in the amount of
$60,801.37
From Account          ▇▇▇▇9350
To:                   ▇▇▇▇8793

                      WASHING EQUIPMENT OF TEXAS
Bank:                 CITIBANK
                      021000089

Foreign Bank:
Foreign Bank ID:

A fee in the amount of .00    will be charged to the
account listed above.

        POWERFAM WASHES LLC
        5505 SPREEN RD
        BRENHAM TX 77833

Wire purpose (required):  *equipment down payment*

_____
SIGNATURE

_____
Bank Signature

_____
Bank Signature