**EXHIBIT A, Tab 3**

# THE BRENHAM NATIONAL BANK
## DRAW REQUEST
## LINE OF CREDIT

DATE: 12/8/2023

NAME: Powerfam Washes LLC

DRAW NUMBER: 4                                              ▮9350

| | |
|---|---|
| Total Commitment: (Original Amount of the note) | ▮▮▮ |
| Previous Draws: (Total of all previous draws) | ▮▮▮ |
| Balance to Draw: | ▮▮▮ ✓ |
| Less this Draw: | $360,801.37 |
| Remaining Balance: | ▮▮▮ ✓ |

The above referenced customer requested a draw against the total commitment of the loan contract. This present draw in the amount shown above shall be debited to the loan contract, as per the "Disbursement Authorization" executed in conjunction with the loan contract.

The proceeds of this draw are to be used for the same purpose as indicated in the original loan contract.

FUNDING INSTRUCTIONS: wire funds to Washing Equipment of Texas

1. Verbal authorization from: Jim Kolkhorst
   received by telephone/in person/fax/email

2. Written authorization by draft/correspondence. (See attached)

BY: *[signature]* Jim Kolkhorst

BY: _____