DAVID M. PRICHARD
Voice: 210.477.7401
Fax: 210.477.7450
dprichard@pomllp.com

# PRICHARD OLIVER MONTPAS

January 16, 2026

United States District Clerk's Office **Via Efiling**
501 West 5th Street, Suite 1100
Austin, TX 78701

    RE:    Case No. 1:25-cv-000263; *Brenham National Bank v. CitiBank;* In the U.S. District Court, Western District of Texas, Austin Division

Dear U.S. District Clerk:

In connection with the above-referenced matter, please allow this letter to serve as my notice of vacation as follows:

August 3, 2026 thru August 31, 2026

Please do not schedule any depositions, hearings or meetings that would require my attendance during this time. There are no current settings in this matter set for this period of time.

By e-service of this letter, I am notifying all counsel of record in this case of my vacation schedule. Your time and assistance to avoid any conflicts is greatly appreciated.

Sincerely,

*David M. Prichard*

David M. Prichard

DMP/kbm