IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **BRENHAM NATIONAL BANK,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.** |
| | § | **1:25-CV-00263-RP** |
| **CIBANCO, S.A.** | § | |
| *Defendant* | § | |

### ORDER GRANTING INTERVENOR POWERFAM WASHES LLC'S MOTION FOR LEAVE TO AMEND MOTION TO INTERVENE

On this day the Court considered Intervenor PowerFam Washes, LLC's ("PowerFam") Motion for Leave to Amend Motion to Intervene. After considering PowerFam's motion, Plaintiff's responses, if any, and the arguments of counsel, the Court finds this Motion should be in all things GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Intervenor PowerFam Washes, LLC's Motion for Leave to Amend Motion to Intervene is GRANTED. PowerFam's Amended Motion to Intervene is to be entered onto the docket.

SIGNED on the _____ day of January 2026.

 

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE