**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **BRENHAM NATIONAL BANK,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **LOIS AND JAMES KOLKHORST** | § | **CIVIL ACTION NO.** |
| **D/B/A POWERFAM WASHES, LLC** | § | **1:25-CV-00263-ADA** |
| *Plaintiff/Intervenor* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **CIBANCO, S.A.** | § | |
| *Defendant* | § | |

## <u>POWERFAM WASHES, LLC'S NOTICE OF FILING ITS INITIAL DISCLOSURES</u>

COMES NOW POWERFAM WASHES, LLC ("POWERFAM"), by and through its undersigned counsel, and hereby respectfully provides notice to the Court that a copy of PowerFam Washes, LLC's Initial Disclosures were served on all known counsel of record on this 22nd day of July 2026.

Respectfully submitted,

*/s/ David M. Prichard*
David M. Prichard
State Bar No. 16317900
(210) 477-7401 [Direct]
dprichard@pomllp.com
PRICHARD OLIVER MONTPAS, LLP
Union Square, Suite 600
10101 Reunion Place
San Antonio, Texas 78216
(210) 477-7400 [Telephone]

and

#172169                              1

Kent Hance
State Bar No. 08881000
khance@hslawmail.com
HANCE SCARBOROUGH LLP
203 W. 10th Street
Austin, TX 78701
(512) 479-8888

**ATTORNEYS FOR**
**POWERFAM WASHES, LLC**


## CERTIFICATE OF SERVICE

I hereby certify that on the **22nd day of July 2026**, I served *PowerFam Washes, LLC's Notice of Filing its Initial Disclosures* on all known counsel of record in a manner authorized by the Federal Rules of Civil Procedure.

William P. Huttenback
Greg S. DeVries
CRAIN, CATON & JAMES, PC
1401 McKinney, Suite 1700
Houston, TX 77010-4035
phuttenback@craincaton.com
gdevries@craincaton.com
*Counsel for Plaintiff,*
*Brenham National Bank*

John S. Edwards, Jr.
AJAMIE LLP
711 Louisiana Street, Suite 1600
Houston, TX 77002
jedwards@ajamie.com
*Counsel for Cibanco*

*/s/ David M. Prichard*
David M. Prichard