**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **BRENHAM NATIONAL BANK,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **LOIS AND JAMES KOLKHORST** | § | **CIVIL ACTION NO.** |
| **D/B/A POWERFAM WASHES, LLC** | § | **1:25-CV-00263-ADA** |
| *Plaintiff/Intervenor* | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **CIBANCO, S.A.** | § | |
| *Defendant* | § | |

**POWERFAM WASHES, LLC'S OPPOSED MOTION FOR STATUS CONFERENCE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ALAN ALBRIGHT:

NOW COME Intervenors Lois and James Kolkhorst d/b/a PowerFam Washes, LLC's ("PowerFam") and request a status conference with Plaintiff Brenham National Bank ("Brenham") and Defendant Cibanco, S.A. ("Cibanco") via zoom in the next week in order to put in place a scheduling order and discuss any potential discovery issues. In support of this Motion, PowerFam respectfully shows the Court as follows:

**I.
FACTUAL HISTORY**

In 2023, PowerFam was in the process of building a car wash when it requested wiring instructions from its equipment supplier to complete the purchase of equipment. But an unknown fraudulent actor, posing as the equipment supplier, provided fraudulent wiring instructions so that the funds would be sent to the actor, rather than to the equipment supplier. The fraudulent actor held an account with Cibanco, a banking institution located in Mexico. And it is through Cibanco

#172642                                                                                                  1

that the fraudulent actor was able to obtain $360,801.37 (the "funds") using fraudulent wiring instructions.

This suit followed.

**II.**
**ARGUMENT & AUTHORITIES**

PowerFam's Motion to Intervene in this case was granted on February 23, 2026. On July 8, 2026, the parties held a Rule 26(f) conference. There is no trial date or scheduling order in this case.

Furthermore, the parties have an early disagreement on the scope of discovery. In discussions with PowerFam's attorneys, Cibanco's attorneys have indicated that they do not believe they will have to disclose the identity of the individual(s) who perpetrated the fraud on PowerFam, the destination of any funds from that individual's account, or related information. PowerFam believes that a status conference at this time will allow early resolution concerning the scope of discovery in this case.

PowerFam respectfully requests that this Court order a status conference pursuant to Federal Rule of Civil Procedure 16 for the purpose of expediting this action and preventing it from becoming further protracted. In addition to scheduling issues, there are some indications that the parties disagree on the scope of discovery. Having a status conference at this point will allow this case to move forward without further delays.

Counsel for PowerFam conferred by telephone and by email with counsel for Cibanco regarding this Motion. Counsel for Cibanco indicated that they were opposed to this motion as drafted.

**III.**
**CONCLUSION & PRAYER**

PowerFam seeks a status conference via zoom in the next week in order to clarify the trial schedule as well as resolve early discovery disputes on the scope of discovery.

Respectfully submitted,

*/s/ David M. Prichard*
David M. Prichard
State Bar No. 16317900
(210) 477-7401 [Direct]
dprichard@pomllp.com
PRICHARD OLIVER MONTPAS, LLP
Union Square, Suite 600
10101 Reunion Place
San Antonio, Texas 78216
(210) 477-7400 [Telephone]

and

Kent Hance
State Bar No. 08881000
khance@hslawmail.com
HANCE SCARBOROUGH LLP
203 W. 10th Street
Austin, TX 78701
(512) 479-8888

**ATTORNEYS FOR**
**POWERFAM WASHES, LLC**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on the 13th day of August 2026, counsel for PowerFam conferred with John S. Edwards, counsel for Cibanco, by telephone and email regarding this motion. Counsel for Cibanco indicated they were opposed to this motion as drafted, requesting both a delay in their deadline to complete pending discovery responses and a delay in the requested status conference. PowerFam does not believe either request is reasonable. Therefore, PowerFam is filing this Motion as opposed.

*/s/ Kent Hance*
Kent Hance

#172642                                                            3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the **13th day of August 2026**, I served *PowerFam Washes, LLC's Opposed Motion for Status Conference* on all known counsel of record in a manner authorized by the Federal Rules of Civil Procedure.

William P. Huttenback
Greg S. DeVries
CRAIN, CATON & JAMES, PC
1401 McKinney, Suite 1700
Houston, TX 77010-4035
phuttenback@craincaton.com
gdevries@craincaton.com
***Counsel for Plaintiff,***
***Brenham National Bank***

John S. Edwards, Jr.
AJAMIE LLP
711 Louisiana Street, Suite 1600
Houston, TX 77002
jedwards@ajamie.com
***Counsel for Cibanco***

*/s/ David M. Prichard*
David M. Prichard