# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **BRENHAM NATIONAL BANK,** *Plaintiff,* | § § § | |
| **LOIS AND JAMES KOLKHORST D/B/A POWERFAM WASHES, LLC** *Plaintiff/Intervenor* | § § § § | **CIVIL ACTION NO. 1:25-CV-00263-ADA** |
| **v.** | § § § § | |
| **CIBANCO, S.A.** *Defendant* | § § | |

## PROPOSED ORDER GRANTING POWERFAM WASHES, LLC'S MOTION FOR STATUS CONFERENCE

On the _____ day of _____, 2026, the Court considered PowerFam Washes, LLC's ("PowerFam") Motion for Status Conference.  After considering the Motion, the pleadings, evidence, and the argument of counsel for the parties, the Court finds that the Motion should be, and hereby is **GRANTED.**

IT IS THEREFORE ORDERED that Plaintiff/Intervenor PowerFam, Plaintiff Brenham National Bank, and Defendant Cibanco will appear before this Court for a status conference on _____ day of _____, 2026.

Signed this _____ day of _____, 2026.

_____
HONORABLE ALAN ALBRIGHT

#172638

1