**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **BRENHAM NATIONAL BANK,** *Plaintiff,* | § § § | |
| **LOIS AND JAMES KOLKHORST D/B/A POWERFAM WASHES, LLC** *Plaintiff/Intervenor* | § § § | **CIVIL ACTION NO. 1:25-CV-00263-ADA** |
| **v.** | § § § | |
| **CIBANCO, S.A.** *Defendant* | § § § | |

**ORDER TRANSFERRING CASE**

IT IS HEREBY ORDERED that this case is hereby REASSIGNED to the docket of the Honorable Andrew B. Davis, United States Judge for the Western District of Texas by consent of the undersigned and Judge Davis.

Signed this 20th day of August, 2026.

HONORABLE ALAN ALBRIGHT