UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

No. 1:25-cv-00263

**Brenham National Bank,**
*Plaintiff,*
v.
**Citibank, N.A., et al.,**
*Defendants.*

**ORDER**

The motion for conference, ECF No. 73, is granted. The parties shall appear for a conference on:

**August 27, 2026, at 3:00 p.m.**
Before the Hon. Andrew Davis
Courtroom 7
United States Courthouse
501 West Fifth Street
Austin, TX 78701

On or before Tuesday, August 25, 2026, at 5:00 p.m. the parties shall meet and confer and file: (1) a joint proposed scheduling order using the form found on the Court's webpage, and (2) a joint submission setting forth what, if any, discovery issues would benefit from the Court's resolution or guidance, including any issues related to the scope of discovery, along with a brief statement of each party's position on each issue. If a party asserts that a discovery issue is not ripe for resolution or guidance, it shall briefly state the reasons for that position in addition to its position on the merits of the discovery issue.

If the parties agree that no discovery issue requires the Court's resolution or guidance, and communicate the same in

their joint filing, the Court may vacate the conference and enter a scheduling order on the papers. The conference will otherwise proceed as scheduled above.

*So ordered by the Court on August 20, 2026.*

ANDREW DAVIS
United States District Judge