**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **BRENHAM NATIONAL BANK,** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **LOIS AND JAMES KOLKHORST** | § | **CIVIL ACTION NO.** |
| **D/B/A POWERFAM WASHES, LLC** | § | **1:25-CV-00263-ADA** |
| ***Plaintiff/Intervenor*** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **CIBANCO, S.A.** | § | |
| ***Defendant*** | § | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Notice is hereby given that Katherine L. Mallon of the law firm Prichard Oliver Montpas, LLP enters her appearance as additional counsel of record on behalf of Plaintiff/Intervenor POWERFAM WASHES, LLC.

Ms. Mallon is admitted in the United States District Court for the Western District of Texas. Ms. Mallon respectfully requests that all future correspondence and service of documents be served upon her as follows:

Katherine L. Mallon
**Prichard Oliver Montpas LLP**
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 477-7421 - Telephone
(210) 477-7450 – Fax
kmallon@pomllp.com

Respectfully submitted,

Dated: August 26, 2026

*/s/ Katherine L. Mallon*
David M. Prichard
State Bar No. 16317900
Katherine L. Mallon
State Bar No. 24120644
PRICHARD OLIVER MONTPAS, LLP

10101 Reunion Pl, #600
San Antonio, TX 78216
Tel.: (210) 477-7400
Fax: (210) 477-7450
dprichard@pomllp.com
kmallon@pomllp.com

Kent Hance
State Bar No. 08881000
khance@hslawmail.com
HANCE SCARBOROUGH LLP
203 W. 10th Street
Austin, TX 78701
(512) 479-8888

***ATTORNEYS FOR PLAINTIFF/INTERVENOR POWERFAM WASHES, LLC***

**CERTIFICATE OF SERVICE**

I certify that on August 26, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

/s/ *Katherine L. Mallon*
Katherine L. Mallon