**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| BRENHAM NATIONAL BANK,<br>Plaintiff,<br><br>LOIS AND JAMES KOLKHORST<br>D/B/A POWERFAM WASHES, LLC,<br>Intervenor,<br><br>v.<br><br>CIBANCO, S.A.,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>1:25-CV-00263-ABD |

**JOINT NOTICE OF SETTLEMENT**

TO UNITED STATES DISTRICT JUDGE ANDREW B. DAVIS:

Plaintiff Brenham National Bank (**"BNB"**), Intervenor Lois and James Kolkhorst d/b/a PowerFam Washes, LLC (**"PowerFam"**), and Defendant CIBanco, S.A. (**"CIBanco"**) (together, the **"Parties"**) give notice under Local Rule AT-4(g)(2) that they have reached an agreement in principle to settle all claims among them in this action.

The Parties are documenting the settlement in a written agreement. Within thirty days after the date of this notice, the Parties expect to file a joint motion to dismiss all claims with prejudice and to disburse the funds held in the registry of the Court.

So that the Parties and the Court need not spend further resources on claims that are being resolved, the Parties respectfully request that the Court stay all

remaining deadlines in the Scheduling Order (Dkt. 81) until the Parties file their joint motion.

Dated: November 18, 2026

Respectfully submitted,

*/s/David M. Prichard*

David M. Prichard
State Bar No. 16317900
dprichard@pomllp.com
Prichard Oliver Montpas, LLP
Union Square, Suite 600
10101 Reunion Place
San Antonio, Texas 78216
(210) 477-7400 [Telephone]

Kent Hance
State Bar No. 08881000
khance@hslawmail.com
Hance Scarborough, LLP
203 W. 10th Street
Austin, Texas 78701
(512) 479-8888 [Telephone]

**ATTORNEYS FOR INTERVENOR LOIS AND JAMES KOLKHORST D/B/A POWERFAM WASHES, LLC**

*/s/ Greg DeVries (w/permission)*
William P. Huttenbach
State Bar No. 24002330
whuttenbach@craincaton.com
Greg DeVries
State Bar No. 24105802
gdevries@craincaton.com
CRAIN, CATON & JAMES, **P.C.**
1401 McKinney, Suite 1700
Houston, Texas 77010
(713) 658-2323 [Telephone]
(713) 658-1921 [Fax]

**ATTORNEYS FOR PLAINTIFF BRENHAM NATIONAL BANK**

*/s/ John S. Edwards, Jr. (w/permission)*
John S. Edwards, Jr.
State Bar No. 24040851
jedwards@ajamie.com
Ajamie LLP
711 Louisiana Street, Suite 1600
Houston, Texas 77002
(713) 860-1600 [Telephone]

**ATTORNEYS FOR DEFENDANT CIBANCO, S.A.**

**CERTIFICATE OF SERVICE**

I certify that on November 18, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

*/s/ David M. Prichard*
David M. Prichard