**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| BRENHAM NATIONAL BANK, | § | |
| Plaintiff, | § | |
| | § | |
| LOIS AND JAMES KOLKHORST | § | |
| D/B/A POWERFAM WASHES, LLC, | § | |
| Intervenor, | § | CIVIL ACTION NO. |
| | § | 1:25-CV-00263-ABD |
| v. | § | |
| | § | |
| CIBANCO, S.A., | § | |
| Defendant. | § | |

**ORDER STAYING DEADLINES PENDING FILING OF JOINT MOTION TO DISMISS**

Before the Court is the Joint Notice of Settlement (the **"Notice"**) filed by Plaintiff Brenham National Bank, Intervenor Lois and James Kolkhorst d/b/a PowerFam Washes, LLC, and Defendant CIBanco, S.A. (together, the **"Parties"**). The Parties advise that they have reached an agreement in principle to settle all claims among them in this action, and they request that the Court stay the remaining deadlines and hold the pending motion to dismiss in abeyance until they file a joint motion to dismiss. The Court finds that the request should be **GRANTED**.

IT IS THEREFORE ORDERED that all remaining deadlines in the Scheduling Order (Dkt. 81) are **STAYED** pending further order of the Court.

IT IS FURTHER ORDERED that, within thirty (30) days after the date of this Order, the Parties shall file a joint motion to dismiss and for disbursement of the

funds held in the registry of the Court, or a joint status report explaining why they have not done so.

SIGNED on November _____, 2026.

____________________________________
ANDREW B. DAVIS
UNITED STATES DISTRICT JUDGE